UNITED STATES DISTRICT
DISTRICT OF MINNESOTA

| IN RE: Bair Hugger Forced Air Warming Product Liability Litigation<br><br>This Document Relates to:<br>*Faulkner, et al. v. 3M Co. et al.,*<br>**No. 17-cv-04751** | MDL No. 15-2666 (JNE/DTS) |
|---|---|

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be voluntarily dismissed with prejudice, each party to bear its own cost.

**IT IS SO STIPULATED:**

Dated April 11, 2025

| **GUSTAFSON GLUEK PLLC** | **NORTON ROSE FULBRIGHT LLP** |
|---|---|
| s/Karla M. Gluek | s/Benjamin W. Hulse |
| Daniel E. Gustafson (MN #202241) | Benjamin W. Hulse (MN #0390952) |
| Karla M. Gluek (MN #238399) | **NORTON ROSE FULBRIGHT LLP** |
| **GUSTAFSON GLUEK PLLC** | 60 South Sixth Street, Suite 3100 |
| 120 South Sixth Street, Ste 2600 | Minneapolis, MN 55402 |
| Minneapolis, MN 55402 | Tel: (612) 321-2272 |
| Tel: (312) 333-8844 | ben.hulse@nortonrosefulbright.com |
| dgustafson@gustafsongluek.com | |
| kgluek@gustafsongluek.com | *Attorney for 3M Company, Arizant Healthcare, Inc* |
| *Attorney for Plaintiff* | |